UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 23-0068 (ABJ) |
| | : | |
| JASON FARRIS | : | |
| | : | |

**UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE TO ALLOW RETURN OF PASSPORT FOR LIMITED PURPOSE OF TRAVELING TO IN PERSON PLEA HEARING**

Mr. Farris respectfully requests that the Court enter an order allowing pre-trial services to return his passport so that he can travel to Washington, D.C. to attend his in person plea hearing scheduled for October 27, 2023.

At a status conference, on September 15, 2023, the parties requested that a plea hearing be scheduled reporting that the parties had reached a resolution. At this same status hearing, Mr. Farris reported that he unfortunately does not have a driver's license or identification card to allow him to travel on a plane and that pre-trial services has custody of his passport per the standard conditions of pre-trial release. Given the fact that Mr. Farris resides in Texas, he must fly to Washington, D.C. to attend his in person plea hearing. Given this information, the Court then issued a minute order on September 18, 2023, directing Mr. Farris to endeavor to obtain government identification in time for his hearing and in the event this was not possible by October 20, 2023, he could show the pretrial services agency proof that he obtained a roundtrip ticket to DC and that they could give him his passport to carry when he travels.

In the interim, Mr. Farris has taken several steps to obtain a government issued identification card. In fact, he was successful this past week in completing the process at the DMV with the correct documentation. Unfortunately, per Texas DMV procedure, they were only able to

issue him a temporary ID until the real ID is delivered to him via US Mail. This temporary ID is just a sheet of paper and likely will not be accepted at an airport. The DMV advised that the delivery can take up to two weeks – which would not be sufficient time for him to have the ID prior to traveling for his hearing scheduled for October 27, 2023.

Based on this, counsel for Mr. Farris advised the Court of this update on October 19, 2023. The Court instructed the parties to submit the instant filing – noting what the government's position would be regarding whether to continue the hearing so that he could obtain his ID or whether to return his passport temporarily so that he could travel for the currently scheduled hearing.

Mr. Farris has since discovered that he would not be able to change his flight that he booked with Spirit Airlines at this point without incurring expensive fees. For this reason, Mr. Farris requests that the Court enter an order authorizing pre-trial services to return his passport to him the day before his flight so that he can travel to DC for his plea hearing and for Mr. Farris to then return the passport to pre-trial services immediately upon return to Texas and/or whenever practicable for pre-trial services. *See* Attached Itinerary.

The parties have conferred regarding this request and government counsel does not oppose Mr. Farris's request to have limited possession of his passport solely for the purpose of being able to attend his in person plea hearing.[1]

Dated:  October 27, 2023	Respectfully submitted,

/s/

Maria Jacob
Assistant Federal Public Defender

---

[1] *See* attached proposed order based on a similar request in *United States v. Stephen Ondulich*, 23-cr-242 (APM) (court had to modify its initial order to allow defendant's pre-trial services officer to obtain his passport from Clerk's Office at courthouse). *See* Minute Order on September 8, 2023.

Office of the Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C. 20004
Tel.: (202) 208-7500