From: J. Cruz Hernandez

CEO Star Glass & Mirror

1846 W. Division St., Ste 310

Arlington, TX 76012


To: The Honorable Amy Berman Jackson

United States District Judge

Washington DC


My name is Cruz Hernandez and I am the CEO and Owner of Star Glass & Mirror in Arlington Texas, we are a small construction company, with 12 employees.  We specialize in Commercial Storefront Systems and Glass Design and Installations.  I have known Mr. Jason Farris personally since he started with the company in September of 2021, I had previously only vaguely known Mr. Farris when he worked for one of our supplier companies Fairway Supply where he was a salesman that we ordered items through a few times.  As I have known Jason for the past 2-½ years he has become someone I spend a considerable amount of time with on a 5 day a week basis, he has become a good friend and confidant.   Jason handles accounts receivable and payable, contract compliance, payroll, customer relations and some other various duties for me at Star Glass & Mirror, his work is very good, he has improved in many ways over the years, and is a key part of operations here at the company.


I have found him to be a good and hard working man, very honest and upright.  He is very dependable, and has only missed two days of work in his entire time working for me at Star Glass & Mirror, those two days were days he spent dealing with this incident that I am writing this letter for.  He is very well liked by his fellow employees and I and is very respectful to everyone.  He is an excellent communicator with our suppliers and customers and other people we deal with in the company.  We do not want to lose him for any amount of time here at the company that is for sure.  On a personal note; Jason is someone that I have confided in personally relating to health struggles my wife has gone through as she has dealt with cancer

for a little over a year.  Jason has offered on occasions to pray for my wife and has even employed the spiritual help of his mother who he said he would have pray for her too.  It is comforting knowing there are good people in this World who have the compassion and love to offer up their spiritual help to deal with others when they have troubles they are going through.  Jason has confined in me about his personal situations to with his Son being away from him and various other personal difficulties.  I know that he loves his Son very much and he has told me that he supports him with what he can money wise, which is admirable.

At work Jason has very much improved as an employee and a man over the years here, he would do well in the beginning but has improved rapidly and is very adept at doing what we need him to do now, he is a key player at Star Glass & Mirror.  Star Glass & Mirror as a company has done very well in this last year, and this year is looking good as well.  Some of this success is definitely due to the work of Mr. Farris.  He has improved the business, and as I said before; we would really hate to lose him for any amount of time at all.  Jason has also helped to teach and bring along my Son Larry Hernandez at the company in many ways as they share an office space together.  Larry and Jason get along very well and Jason has been a good mentor to my Son who is a younger guy than Jason, and less experienced in customer relations and other aspects, they have both helped each other grow and work, which I am very appreciative of.

Jason has personally expressed to me on several occasions that he wishes he was not caught up in this situation that he finds himself in. He has said that he wishes he would not have gone to DC those days, and definitely regrets what happened there.  I know the actions and situations that occurred that day do not reflect how he really is as a man, and that he was just been caught up in a bad situation that got completely out of control.  I know the actions that day are not a reflection of who Jason truly is as a person.  I will finish by humbly begging the Honorable Judge for leniency in this case, I do not want to lose my valuable friend and employee for any amount of time, we need him here.

Sincerely and With All Due Respect

J. Cruz Hernandez

*J. Cruz Hdz*   1-26-24