Dear JW

My Name is Jason Aaron Farris, on January 6th, 2021, I made the unfortunate decision to be in Washington DC for the events that took place there at the U.S. Capital building. What would eventually play out on that fateful day was not what I imagined taking place when I booked the flight and secured lodging. I would eventually get swept up into a fervor that I never saw coming, it would end up being a very bad day.

Also, on that day the bad decisions that I would make kept unravelling into a series of increasingly unfortunate and terrible decisions that I will live to regret for the rest of my life. You and I would eventually end up in the same place on that day, me amid an unruly, violent crowd and you there doing your job trying to keep the mob at bay. I would make a foolish decision there that day to strike you by pushing you in the back/side as you were trying to bring order to the chaos.

I wish now that it all would have never happened. I was raised by an amazing mother who was a part time police officer for most of her adult life until her retirement age, and while I had a few run ins with the law in my younger days; I always had a deep respect for law enforcement. A respect that as I got older and became more aware of society and the need for good law enforcement officers, grew stronger and stronger with each passing year. I deeply appreciate now all that you fine men and women do for us and how you keep order and stabilize our society. Your sacrifices do not go unnoticed and unappreciated, I can assure you.

But on that day, I lost sight of what was right and wrong for some stupid reason. I let the emotion take over in a destructive way and lost my mind. What I did was stupid, disgusting, and wrong, and I think about it every day. Not just because I got caught either, but because of the blatant disrespect that I showed to you, to the other law enforcement men and women there that day, and to the Nation as a whole. I wish I could take it all back, but unfortunately, I cannot, and I stand in judgement for it now, and rightfully so.

I hope this message reaches you, and that you know that I deeply regret doing that to you. I hope it brings you some peace knowing that you are respected. Thank you for all you do and for your service to the people of this great Nation. I am very very sorry.

Deeply and Sincerely, Highest Regards,

Jason Aaron Farris
Arlington, TX (via Dwight, IL)