# UNITED STATES DISTRICT COURT
## PROBATION AND PRETRIAL SERVICES
### NORTHERN DISTRICT OF TEXAS

## Community Service Record



Name: **Jason Farris**  PACTS No.: **8321741**

Community service agency name and address:
**Arlington Parks + Rec   717 West Main Street  Arlington TX 76013**

### Schedule for Month of _____, 2023

| Date | Hours | Date | Hours | Date | Hours | Date | Hours |
|---|---|---|---|---|---|---|---|
| 1  10/6 | 6hrs | 9  |  | 17 |  | 25 |  |
| 2  |  | 10 |  | 18 |  | 26 |  |
| 3  |  | 11 |  | 19 |  | 27 |  |
| 4  |  | 12 |  | 20 |  | 28 |  |
| 5  |  | 13 |  | 21 |  | 29 |  |
| 6  |  | 14 |  | 22 |  | 30 |  |
| 7  |  | 15 |  | 23 |  | 31 |  |
| 8  |  | 16 |  | 24 |  |    |  |

Comments:

_Ada_ [signature]
Signature of Certifying Agent/Date

Rental + Event Services Manager
Title/Telephone Number

---

**USPO to Complete Below Dotted Line**

Total obligation: _____
Balance from last month: _____
Less this month's total: _____
Current balance: _____

If any questions, contact: _____     Telephone No.: _____