From: J. Cruz Hernandez

CEO Star Glass & Mirror

1846 W. Division St., Ste 310

Arlington, TX 76012

To: The Honorable Amy Berman Jackson

United States District Judge

Washington DC

My name is Cruz Hernandez and I am the CEO and Owner of Star Glass & Mirror in Arlington Texas, we are a small construction company, with 12 employees.  We specialize in Commercial Storefront Systems and Glass Design and Installations.  I have known Mr. Jason Farris personally since he started with the company in September of 2021, I had previously only vaguely known Mr. Farris when he worked for one of our supplier companies Fairway Supply where he was a salesman that we ordered items through a few times.  As I have known Jason for the past 2-½ years he has become someone I spend a considerable amount of time with on a 5 day a week basis, he has become a good friend and confidant.   Jason handles accounts receivable and payable, contract compliance, payroll, customer relations and some other various duties for me at Star Glass & Mirror, his work is very good, he has improved in many ways over the years, and is a key part of operations here at the company.

I have found him to be a good and hard working man, very honest and upright.  He is very dependable, and has only missed two days of work in his entire time working for me at Star Glass & Mirror, those two days were days he spent dealing with this incident that I am writing this letter for.  He is very well liked by his fellow employees and I and is very respectful to everyone.  He is an excellent communicator with our suppliers and customers and other people we deal with in the company.  We do not want to lose him for any amount of time here at the company that is for sure.  On a personal note; Jason is someone that I have confided in personally relating to health struggles my wife has gone through as she has dealt with cancer

for a little over a year. Jason has offered on occasions to pray for my wife and has even employed the spiritual help of his mother who he said he would have pray for her too. It is comforting knowing there are good people in this World who have the compassion and love to offer up their spiritual help to deal with others when they have troubles they are going through. Jason has confined in me about his personal situations to with his Son being away from him and various other personal difficulties. I know that he loves his Son very much and he has told me that he supports him with what he can money wise, which is admirable.

At work Jason has very much improved as an employee and a man over the years here, he would do well in the beginning but has improved rapidly and is very adept at doing what we need him to do now, he is a key player at Star Glass & Mirror. Star Glass & Mirror as a company has done very well in this last year, and this year is looking good as well. Some of this success is definitely due to the work of Mr. Farris. He has improved the business, and as I said before; we would really hate to lose him for any amount of time at all. Jason has also helped to teach and bring along my Son Larry Hernandez at the company in many ways as they share an office space together. Larry and Jason get along very well and Jason has been a good mentor to my Son who is a younger guy than Jason, and less experienced in customer relations and other aspects, they have both helped each other grow and work, which I am very appreciative of.

Jason has personally expressed to me on several occasions that he wishes he was not caught up in this situation that he finds himself in. He has said that he wishes he would not have gone to DC those days, and definitely regrets what happened there. I know the actions and situations that occurred that day do not reflect how he really is as a man, and that he was just been caught up in a bad situation that got completely out of control. I know the actions that day are not a reflection of who Jason truly is as a person. I will finish by humbly begging the Honorable Judge for leniency in this case, I do not want to lose my valuable friend and employee for any amount of time, we need him here.

Sincerely and With All Due Respect

J. Cruz Hernandez

*J. Cruz Hdz*   1-26-24

Michael Marshall
Pensacola Florida


For the court regarding the sentencing of Jason Farris

My name is Michael Marshall. Currently I am a yacht restorer, painter and detailer in Pensacola Florida where I live with my wife and two small children. In 2015 when I met Jason, I was working in south Florida as a metal worker at a fabrication shop.  We met at a barbecue and became fast friends. I got him a job with me at the metal shop as a welder where I worked with him for almost a year. Soon after that he became my roommate and lived with me for another year. During that time spent with Jason in a professional setting he showed himself to be an honest, hardworking and reliable man that I could count on in an environment where those characteristics were very rare and much appreciated. When I had the pleasure of living with Jason I came to understand how good of a friend he was. I saw this when he took the time to be thoughtful and helpful to me while I was in self-destructive period of my life. His consistent efforts to be kind and aware of the needs of those around him created a debt that I still have toward him. After leaving south Florida and coming to Pensacola I have stayed in contact with Jason and call him at least twice a week to talk about work and fatherhood.

      In conclusion, I have seen Jason to be an honest hardworking and reliable man, a loving father, and a good friend.  I pray that this will be considered during sentencing.

Sincerely,



Michael Marshall

To : The Honorable Amy Berman Jackson, United States District Judge

Re:  Jason Farris Character Reference

I am David Ricks, a property manager and local landlord of 50+ tenants in several houses which I own and manage. I have been doing this for several years and have a considerable amount of experience dealing with people looking for a place to live in our area.

I met Mr. Jason Farris in 2022, almost two years ago and he was looking for a place to live. We met and he viewed and liked the property and he moved into one of my houses in mid year 2022..

Since moving in with us, Jason has been trustworthy, thoughtful, and a person who has good communication skills, and he prefers peace over confrontation. He gets along well with others, and I have never had a single complaint about his behavior from other tenants who live in the house with him every day. Jason is very Intelligent, is a deep thinker and thinks about things going on in the world around him.

Although it is unofficial, Jason takes a lead at the house to assure that things are moving along smoothly and lets me know if there are any issues that need attention as soon as anything comes up. He reports issues that need fixing, or lets us know when any repairs or issues with tenants need to be dealt with. Jason always pays his rent on time and has never been late, and is and has been one of my most reliable tenants from a financial responsibility point of view.   In fact, Jason moved into the master bedroom, the largest room in the house about 6 months after he joined us, and continues to make timely payments.

On a personal note, I have discussed quite frankly with Jason on several occasions about his thoughts and beliefs and about his involvement in the January 6 events. We have meaningful and respectful conversations about the world we live in and he always has shown respect for differing points of view. The one thing that becomes clear in those conversations we have had is that he is clearly remorseful about his being at the Capital on January 6 and wishes that he had never been caught up in that tragic fiasco at all. I truly believe that because of my experience with Jason as a valued tenant,  he would never fall for that type of situation again. We certainly would regret losing him as a tenant and would hope that he does not have to move away from us before he is ready to do so on his own.  Overall, I would rate Jason character as one of the very  best  of my over 50 tenants currently living in my several houses. I would also like to state that I feel certain that he has learned a significant life lesson from his experience on January 6 and that he is one of those that deserves an outcome that involves mercy when the final decision comes on how to deal with him. I am quite sure that once this issue is settled, he will move ahead with his life and excel in whatever area he chooses to pursue.

Sincerely,

David Ricks

Landlord

Daniel Firew

Tuesday, January 2, 2024

To: Honorable Amy Berman Jackson,
     United States, District Judge

I, Daniel Firew, write this letter of reference about Jason Farris whom I had the pleasure to knowing for more than a year. Before I clarify my reason as to why I elect myself to vouch for Jason Farris's good manners and judgment, I'd like to introduce myself.

I am an employee of GM - General Motors - in Arlington, Texas.  Previously, I had possessed a Professional LLC in the state of California registered with the California Secretary of State. The LCC is registered with entity name: Daniel Automation LLC (Reference Attached within), and Entity number 202134810476.

A side from working for GM, I have worked as an Engineer for the top 5 Automotive manufactures – to name a few – Tesla (California), BMW (South Carolina), Daimler/Mercedes (North Carolina), Ford (Illinoi), Chrysler (Michigan), Lucid (Arizona), Magna (US & Canada) etc. I've also work in the Commercial aerospace manufacturing field for approximately 6 and half years; and 3 years in the fields of Fiber optical products, testing and measurement.

I moved from California to Texas in January 2023 and rented a furnished room in a house which is located in Arlington, TX. Jason Farris was one of the three tenants who were living in the house at the time. I met Jason Farris on my first day of moving into the house. He was very welcoming, hospitable and friendly.

Since the first day I met Jason Farris, he has demonstrated numerous qualities as a valuable and a standup individual not only the house where he shares with 5 other tenants, but also in our neighborhood. In addition to this, I have observed him being polite, considerate, hard-worker and also always willing to help when needed. Jason Farris is also an enthusiastic, sensible and graceful person. Furthermore, Jason Faris has a peerless respect and understanding for people who come from different religious, political and social beliefs. He has demonstrated this exceptional quality having lived and continue to living with roommates who come from a different country – Including myself – has different set of cultural values, beliefs, opinions, habits and attitude.

Jason Farris is a standup member in the neighborhood. It is unfortunate that he has made some bad decisions, thus resulting in this case. I was surprised to hear about the matter, but I am totally sure that Jason Farris is ready to accept all responsibilities. Since this incident took place, he's expressed complete remorse for the deed and willingness to pay off his debt to the community and this great country - the United States of America. I have no doubt about the sincerity of his intentions.

Under this pretext, I strongly recommend Jason Farris as a more than suitable person for fare and merciful judgment. I wholeheartedly believe that this is a solid testimony of how Jason Farris is and his mental and moral qualities, and I hope you consider this reference letter when determining the outcome of this case.

Best regards,

Daniel Firew



**California Secretary of State**
Electronic Certified Copy



FILED
Secretary of State
State of California

I, SHIRLEY N. WEBER, Ph.D., Secretary of State of the State of California, hereby certify that the attached transcript of 1 page is a full, true and correct copy of the original record in the custody of the California Secretary of State's office.



**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California on this day of

**SHIRLEY N. WEBER, Ph.D.**
Secretary of State

Verification Number: F7IZSM
Entity (File) Number: 202134810476

To verify the issuance of this Certificate, use the Verification Number above with the Secretary of State Electronic Verification Search available at bizfile.sos.ca.gov

 

**California Secretary of State**
Electronic Certified Copy

# LLC Registration – Articles of Organization

Entity Name: Daniel

Entity (File) Number: 202134810476
File Date: 12/10/2021
Entity Type: Domestic LLC
Jurisdiction: California

**Detailed Filing Information**

1. Entity Name: **Daniel Automation LLC**

2. Management Structure: One Manager

3. Purpose Statement: The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company may be organized under the California Revised Uniform Limited Liability Company Act.

Electronic Signature:
The organizer affirms the information contained herein is true and correct.

January 31, 2024

The Honorable Amy Berman Jackson
United States District Judge
333 Constitution Avenue, N.W
Washington, D.C 20001

**RE: Jason Farris**

Dear Honorable Amy Berman Jackson:

My name is Lisa Wiemken-Marshak.  I am an attorney with a small family law practice in Skokie, IL.  Jason Farris is my second cousin on my father's side.  I have known Jason since he was a child.  Over the years, we saw each other periodically at family gatherings.  We share a love of music, and that has re-kindled our relationship and helps us to keep in touch.

My experience with Jason is that he is honest, caring, hardworking, generous, empathetic, and intelligent.  This is demonstrated by his current employer agreeing to re-employ Jason when he completes his sentence.  Our beloved fraternal Grandmother had a special place in her heart for Jason because she recognized early in Jason's childhood that he was someone who needed more love and kindness than he was getting.  I have seen that genuine, nurturing quality in Jason, too.  If someone is sad, lonely, or ailing, he will go out of his way to offer a loving shoulder to help.

As an example, I recently had some sleep difficulties, including night terrors.  Jason and I talked on the phone for quite a while, which made me feel better.  The next day, he found a crystal that a shop owner told him had healing and protective qualities.  Jason mailed it to me to put on my night table.  It was such a sweet gesture that it helped me through. I keep his heartfelt gift there.

Jason's good nature somehow led him to be hooked up with the wrong crowd and influenced by the many false narratives circulated since the 2020 election. While that cannot excuse what he did, I have heard him express remorse for his many bad decisions leading up to his participation in the crimes he pleaded to.

What makes this situation strange to us is that Jason's actions were also out of character and contrary to our family's history of service and dedication to our great country, which we know deep down that Jason shares.  His Grandfather, Calvin, my Dad  Emerson, and our Uncle Thomas all fought in WWII and, at one point. all three were missing in action at the same time.  Our beloved fraternal Grandmother never gave up hope.  Calvin survived malaria; Emerson was shot during the first wave of Iwo Jima.  We never met Uncle Thomas because he didn't make it back.  To this day, our family participates in DOD repatriation efforts with the continuing hope that they will find and bring Thomas' remains back to his hometown. Dwight. Illinois. for burial.

My whole family and I love Jason very much, and we believe him when he expresses remorse for letting himself be influenced by the hate and misinformation that culminated in his actions on January 6th.  We'll support him the best we can while he serves his sentence, and we'll be here for him when he transitions successfully after completing his sentence.

Very truly yours,

Lisa Wiemken-Marshak

Honorable Amy Berman Jackson
United States District Judge

My name is Kathy Wiemken.  I am Jason's aunt by marriage.  I am a retired Business and Tech teacher from the Dwight High School in Dwight, Illinois.  I have known Jason for approximately 40 years.  My husband and I keep in touch with Jason by phone.   We hadn't seen him for several years, until Christmas of 2023.  He joined us for Christmas dinner as he was visiting Dwight.

Jason is a good person.  I would consider him a very honest, generous person.  His family is very important to him.  Whenever, we communicate with Jason, he always asks how each of our four children are doing and genuinely wants to know what they are up to.  Jason is about 10 years older than our oldest child.  As a grade school student and junior high age he enjoyed playing with my kids.  I remember him as a respectful young man to elder relatives.

Jason continues to be respectful and family orientated.  On his recent visit to Dwight, he called us the day he got into town to arrange to see us.  We were busy that evening and could not meet.  Jason knew that we had been busy and took it upon himself to walk all the way over to our house to visit the next day.  My husband was not home, but I was able to have a nice conversation with Jason.  I had not seen Jason for several years and I immediately noticed how his demeanor was more confident than he had been in the past.  He told me about his current job and seemed proud of it and what he had accomplished.  Jason had been through many different types of jobs in the past from construction work to technology jobs; but he seemed to have really found his niche in his current employment.  He works for a small business that makes store front windows for other small businesses.  The owner of the business was a Mexican immigrant who legally gained US citizenship and after working for another business was able to start his own.  He told me that his employer reminded him of Uncle Norval, my husband.  He described this man as a very hard worker, who started the business and worked non-stop to make it successful; a characteristic of my husband.  Jason said that the owner worked hard but had no time to implement an electronic system of bookkeeping and sending quotes to customers.  This had all been done by hand.  Jason had worked in a similar business, and had developed their bookkeeping system.  He brought this knowledge to his current employer and implemented it for him.  Jason said that his employer was very grateful and that the business was doing a lot better financially because of it.

I was very interested and impressed listening about Jason's job.  He did not tell me about it in a bragging manner, he was truly proud of the work he had done.

I asked him how the current court charges would affect his job and he said that his employer told him that the job would be there for him when the legal matter was over. Jason did talk briefly about the situation which led to him being arrested.  He did not give me any details, just that he knew he made a mistake and would have to face the consequences of his actions.

After Jason left, I told my husband about our conversation and that I really felt despite what he is facing, Jason is in a good place.  He has a good job that he is proud of and seems happy with his accomplishments.  He is living fugally and responsibly.

Sincerely,

Kathleen A. Wiemken

Honorable Amy Berman Jackson
United States District Judge

My name is Norval Wiemken.  I am Jason's uncle; his mother is my sister.  I am a retired mechanical engineer from Caterpillar, 37 yrs.  Still engaged in farming corn and soybeans in the Dwight, Illinois area.  In addition, I spent 8 years on the local grade school board and 4 years on the high school board serving as vice president on both boards for part of my tenure.  I have known Jason his entire life attending many of his academic and sporting events as he grew thru grade school and high school years.   Prior to Jason moving out of the Dwight area, I saw Jason on a regular basis.  My family gathered at my mother and step-father's home for family meals quite often.  Since Jason moved away, we have only visited by phone a few times a year and on the holidays that he has been able to come back home. On those holiday family meals when Jason couldn't attend, we have communicated via facetime with him to keep the family connection strong.

I consider Jason to be honest, very respectful and thoughtful of others; especially those that are older and less advantaged than he is.  I have described a few examples below that over the years have helped me shape my opinion of Jason's character.

My mother's family, Jason's grandmother, has always been a closeknit family.  My mother came from a large family, and several of her siblings lived in Dwight.  When someone in the family needed anything, we would always be there to help.   Jason always joined in helping as a young teen and in adulthood.  The hub of our family was Grandma and Grandpa's house, my parents.  Jason would help grandpa shovel snow, lift heavy objects, etc. Jason has always stepped up to help when needed.  A good example of this is several years ago when a tornado went through Dwight.  The power was out for a couple days, and my mother, Jason's grandmother, required oxygen and with the power being out we relied on a portable gas-powered generator to keep her oxygen machine running. The results of this tornado left many streets, including my parent's house, inaccessible to main highways.  Jason willingly helped by making several trips by foot to the gas station to get gasoline for the generator to keep it running 24 hours a day.  In addition, a large tree fell on their house. Jason helped me remove the tree from their house, cut it up into small pieces and haul it to the street to be picked up.  Our first priority was making sure that Grandma and Grandpa were ok and keeping my mother's oxygen machine operating.  Jason then helped me at my mother's sister, Aunt Peggy's house.  She was also on oxygen and Jason again carried gas cans by foot to the gas station and back to keep her gas-powered generator running in order to power her oxygen machine as well.  Jason continued to help me make sure Aunt Peggy and Uncle Dempsey's house and yard was cleaned up.  After we made sure our immediate family had been taken care of, we continued to help neighbors in similar situations.  There are many more examples through the years that Jason has shown loyalty to his family, friends and community by helping those out that needed it.

Soon after graduating from high school, Jason was basically on his own.  He has tried to fend for himself and find work to get by on.  It seems like he has finally found his niche with his current job and seems to be doing really well at something he really likes.  He knows that he made a mistake getting involved in the January 6 situation, but I know in my heart that Jason would never do anything to hurt anyone and knowingly break the law.  He may have gotten caught up in a moment or mistakenly let someone influence him; but he is not a violent person.  Regardless of how this turns out, I know Jason is a good person and has made a good life for himself and will accept the consequences from his actions, learn and grow from them and move forward.

Sincerely,

Norval Wiemken

Larry Hernandez

E-mail:

Friday, January 5th, 2024

To: Amy Berman Jackson,

United Staes, District Judge

I, Larry Hernandez, write this letter about Jason Farris who I had a pleasure to know for 5-6 years now. I am a 24 year old Assistant Manager & Oldest Son at my Dad's company Star Glass & Mirror located on 1846 W. Division St. Arlington, Tx. I started working for my dad right after High School as a helper to pick up material around 2018 & have been in this workplace ever since then but now do both office work & still be sent out as a driver.

I've known Mr. Farris back in 2019 when I was sent out to pick up some material over at Fairway which is where he used to work at before he came to work with us. Since the first day we met Jason has always been a Respectable stand up person. Every time I went we always sparked good conversations that would last good while till I had to leave again & if the next day I came back we will hop right back on the same convo.

Mr. Farris is a great person to meet with he is polite, friendly, & very welcoming to all that come his way & has never once showed or brought any negative energy to anybody. Another great thing about Jason is that he is most definitely a dedicated hard worker in our company who is always on time or earlier no matter the weather, has never missed a day at all, & has helped tremendously a lot when it comes down to our customers from the day he was hired. & till this day his kindful & welcoming character did not change.

I was surprised when I found out about this situation & ever since then he feels bad about this whole entire incident. He has shown complete remorse for what he got himself into & knows that none of this was worth it at the end. He is not a menace nor a threat to our society AT ALL he is just a man who made a mistake when he mixed with the wrong crowd.

I hope this letter shows y'all a little bit more of who Jason Farris is as a person to his friends & family. As much as a great guy he is I would say he is suitable for a fair & merciful judgment upon him. I wish nothing but the best outcomes during this case.

Thank you.- Larry Hernandez  1-5-2024



Honorable Amy Berman Jackson, United Stated District Judge –

      My name is Sally L. Henderson and I have driven a school bus for the last 43 years. My husband Dean served in the United States Army & has worked on oil rigs, transported transformer oil and finally retired after 50 years. My husband and I raised 3 independent, successful, well-adjusted individuals. I am Jason's aunt, his mother, Susan, is my oldest sister. I have known Jason and been involved in Jason's life since the day he was born 45 years ago. Jason spent a large amount of time in my house with me and my 3 children. My youngest 2 daughters were/are especially close with Jason as their ages are within 4 years of each other. Jason and I have always maintained a relationship no matter where he is living. We may go a few weeks without talking but we always keep in touch with each other.

- Jason is an honest and generous individual.
- Jason holds his entire family first and foremost and would do anything for his son, mother, brother, nephews, aunt, uncles, and cousins.
- Jason would not pass through Illinois without stopping to see his family.
- Jason is extremely thoughtful and caring.
- Jason is doing very well living in Texas, he is working, paying his bills and is clean and sober.
- Jason sends his mother money to help with the financial burden of her raising his son.

      Jason spent the Christmas Holiday with me, my husband and my kids in Illinois. Jason did talk about the incident that took place on January 6th, and he repeatedly expressed his disappointment in himself about his involvement and expressed how sorry he was for the embarrassment it has caused the family. Jason also expressed remorse for getting involved and wished he had never gone to the Capitol. Jason is aware he will be getting some time in prison for his involvement and while serving his time has expressed that he plans on doing a lot of self-reflection, self-improvement and looking into ways to better himself for when he is released. Jason's employer in Texas will be holding his position for him when he is released from Prison. There is nothing Jason could do that could make me love him less.

Sincerely,

Sally L. Henderson



Honorable Judge Amy Berman Jackson
United States District Judge

Ref: Jason A Farris

My name is Susan Farris, I am Jason's mother

I am a retired licensed clinical social worker from the Illinois Department of Children and Family Services (23 years) and the Illinois Department of Corrections (6 years).

<u>Current relationship</u> with my son, Jason, has been strained over the past few years. I have been responsible for raising Jason's son for the past 4 years and due to differences it ultimately resulted in estrangement. Both of the parents have used drugs resulting in a great deal of instability for the child. Jason always paid child support and moved several times to continue a relationship with his son. There was always tension between the parents which affected the child.

Four years ago the child came to visit me in California and he stayed. He was 13 years old. After 2 years the child advised me that he did not want to see his father any more. He had stopped communication with his mother a year before that. That put a huge strain on my relationship with Jason because I chose to support my grandson in estrangement from him. Jason always sent money to assist in supporting him. Loss of that support will be difficult.

<u>Jason's character:</u> he has always been a thoughtful and very family oriented person. Jason never knew his father hence has not had a healthy consistent relationship with a male figure. He is very loyal even to people and friends who have bullied and rejected him. It was not easy
Even as a young boy he has always had strong opinions and beliefs, positive and negative, which often caused conflicts for him.
Jason is very intelligent and often at the expense of common sense and respecting the opinions of other people. Again causing conflicts.

Jason is a good and kind person who has often been his own worst enemy.

I dearly love my son and have not always been the best mother for him.

Thank you for what you do. Working in child welfare and making decisions regarding children and families was often a difficult job..

Sincerely
Susan L Farris